**Order entered October 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00836-CV

### WELLOGIX, INC., Appellant

### V.

### CAPITAL SOUTHWEST CORP., ET AL., Appellees

**On Appeal from the 192nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-15-03445**

## ORDER

We **GRANT** the parties' October 2, 2015 joint motion for an extension of time for appellant to file a reply brief. Appellant shall file a reply brief by **OCTOBER 19, 2015**.

/s/     ELIZABETH LANG-MIERS
           JUSTICE